# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALEX E. WETZEL,<br><br>  Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC and VERIZON WIRELESS SERVICES, LLC,<br><br>  Defendants. | CASE NO. 1:24-cv-04979-MHC-CMS |

### NOTICE OF SETTLEMENT AS TO DEFENDANTS, EQUIFAX INFORMATION SERVICES LLC AND VERIZON WIRELESS SERVICES, LLC

COMES NOW Plaintiff, ALEX E. WETZEL, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, EQUIFAX INFORMATION SERVICES LLC and VERIZON WIRELESS SERVICES, LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 21st day of November, 2024.

1

        **/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 21st day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*

2