UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEX E. WETZEL,

  Plaintiff,　　　　　　　　　　　CASE NO.: 1:24-cv-04979-MHC-CMS

v.

EQUIFAX INFORMATION
SERVICES LLC and VERIZON
WIRELESS SERVICES, LLC,

    Defendants.
_____/

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO EQUIFAX INFORMATION SERVICES LLC AND VERIZON
WIRELESS SERVICES, LLC</u>**

COMES NOW Plaintiff, ALEX E. WETZEL, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendants EQUIFAX INFORMATION SERVICES LLC ("Equifax") and VERIZON WIRELESS SERVICES, LLC ("Verizon"). Defendants, Equifax and Verizon, have neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this January 2, 2025.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 2nd of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
*Attorney for Plaintiff*